UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br>1343 L Street, N.W.<br>Washington, D.C.  20005,<br><br>    Plaintiff,<br><br>v<br><br>MIDDLEBELT-HOPE ACQUISITION COMPANY, INC., d/b/a MIDDLEBELT HEALTHCARE CENTER a/k/a MIDDLEBELT NURSING CARE CENTER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No.:  05cv01675 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

    Please enter the appearance of the undersigned John C. Lowe as co-counsel for Defendant Middlebelt-Hope Acquisition Company, Inc., d/b/a Middlebelt Health Care Center a/k/a/ Middlebelt Nursing Care Center.

                                                /s/John C. Lowe
                                                John C. Lowe
                                                John Lowe, P.C.
                                                D.C. Bar No. 427019
                                                5920 Searl Terrace
                                                Bethesda, MD  20816
                                                Phone 301-320-5595
Dated:  September 26, 2005              Fax 301-320-8878

[johnlowe@johnlowepc.com](mailto:johnlowe@johnlowepc.com)
Co-counsel for Defendant Middlebelt-Hope Acquisition Company, Inc., d/b/a Middlebelt Health Care Center a/k/a/ Middlebelt Nursing Care Center