# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDDLEBELT-HOPE ACQUISITION CO. d/b/a Middlebelt Healthcare Center a/k/a Middlebelt Nursing Care Center, <br><br> Defendant. | Civil Action No. 05-cv-01675 (RJL) |

## PROPOSED SCHEDULING ORDER

It is hereby **ORDERED** as follows:

1. The deadline for Joinder of Parties and Amendment of Pleadings is **January 6, 2006.**

2. The discovery cut-off is **February 25, 2006.**

3. The deadline for Expert Discovery is **February 25, 2006.**

4. The dispositive motion deadline is **March 24, 2006**.

5. Opposition to dispositive motions shall be filed within 21 days after the filing of the motions and replies filed within 14 days of the filing of the opposition.

6. No extensions to this schedule shall be permitted without a showing of good cause therefor as required by Federal Rule of Civil Procedure 16(b).

**SO ORDERED.**

_____
**RICHARD J. LEON**
**United States District Judge**