IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDDLEBELT-HOPE ACQUISITION CO. d/b/a Middlebelt Healthcare Center a/k/a Middlebelt Nursing Care Center, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-cv-01675 (RJL) |

**CONSENT MOTION TO**
**CONTINUE SETTLEMENT CONFERENCE**

The parties to this action hereby submit their Consent Motion to Continue the Settlement Conference currently scheduled for Tuesday, March 7, 2006 at 2:00 p.m. In support of the motion, the parties hereby state as follows:

1. On February 28, 2006, a Settlement Conference was held before Magistrate Judge Deborah A. Robinson. At the conclusion of the Conference, Magistrate Judge Robinson set a second Settlement Conference on Tuesday, March 7, 2006 at 2:00 p.m.

2. On March 1, 2006, the parties began exchanging information to determine the precise areas of disagreement between them to facilitate the process of arriving at a compromise.

3. On March 2, 2006, Joseph Rejano, Esq., left the law firm of Kitch, Drutchas, Wagner, Valitutti & Sherbrook. Kitch, Drutchas, Wagner, Valitutti & Sherbrook are counsel to the Defendant. Mr. Rejano was the associate most familiar with the documents relevant to this

case and the history of the parties' settlement negotiations so far.  Following his departure, Karen Berkery, Esquire, will need to familiarize herself with the documents and the current status of the negotiations, as well as to review the new information that the Plaintiffs have provided.

4. To adjust to the change in personnel, Defendants need additional time to prepare for the next Settlement Conference in this case.  Furthermore, the parties only recently exchanged new information between them.  The parties anticipate that they will need an additional week to review and discuss the impact of the new schedules that they have exchanged.

5. The parties believe that the process of exchanging information will help them narrow their disputes so that they can meaningfully bargain to a mutually advantageous compromise of the claims involved.

6. The parties have contacted Magistrate Judge Robinson's chambers to obtain an available date and time to hold a continued Settlement Conference.  The parties were told that 9:30 a.m. on Wednesday, March 15, 2006 was available.

Based upon the foregoing, the parties jointly request that the Settlement Conference set for Tuesday, March 7, 2006 be continued until Wednesday, March 15, 2006 at 9:30 a.m.

**DATED** this 3rd day of March, 2006.

| | |
|---|---|
| /s/ | /s/ |
| Thomas J. Hart | John C. Lowe |
| Slevin & Hart, P.C. | John Lowe, P.C. |
| 1625 Massachusetts Avenue, NW | 5920 Searl Terrace |
| Suite 450 | Bethesda, MD 20816 |
| Washington DC 20036 | (301) 320-5595 (tel) |
| (202) 797-8700 (tel) | (301) 320-8878 (fax) |
| (202) 234-8231 (fax) | |
| | Attorney for Defendant |
| Attorneys for Plaintiff | |

H:\Clients\0310\127\Consent Motion to Continue Conference.wpd

- 3 -