IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-cv-01675 (RJL) ) ) |
| v. | ) ) |
| MIDDLEBELT-HOPE ACQUISITION CO. d/b/a Middlebelt Healthcare Center a/k/a Middlebelt Nursing Care Center, | ) ) ) ) ) |
| Defendant. | ) |

### ORDER

Before the Court is the Parties' Consent Motion to Continue the Settlement Conference. Upon good cause shown, the motion is **GRANTED.** The Settlement Conference currently set for Tuesday, March 7, 2006 at 2:00 p.m. is reset for Wednesday, March 15, 2006 at 9:30 a.m.

**SO ORDERED.**

_____
**DEBORAH A. ROBINSON**
**United States Magistrate Judge**