IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., )<br><br>Plaintiffs,<br><br>v.<br><br>MIDDLEBELT-HOPE ACQUISITION CO. d/b/a Middlebelt Healthcare Center a/k/a Middlebelt Nursing Care Center,<br><br>Defendant. | Civil Action No. 05-cv-01675 (RJL) |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

The Plaintiffs, the Service Employees International Union National Industry Pension Fund and its Board of Trustees, and the Defendant Middlebelt-Hope Acquisition Company hereby stipulate to the dismissal of the Plaintiffs' claims against the Defendant in this action with prejudice.

Dated: May 27, 2006

| | |
|---|---|
| /s/Thomas J. Hart | /s/John C. Lowe |
| Thomas J. Hart | John C. Lowe |
| Slevin & Hart, P.C. | John Lowe, P.C. |
| 1625 Massachusetts Ave, NW | 5920 Searl Terrace |
| Suite 450 | Bethesda, MD 20816 |
| Washington DC 20036 | (301) 320-5595 |
| (202) 797-8700 | (301) 320-8878 (fax) |
| (202 234-8231 (fax) | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

H:\Clients\0310\127\Stipulation of Dismissal.wpd